# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Yolanda Maria Melendez    Docket No. 7:14-MJ-1082-2RJ

### Petition for Action on Probation

COMES NOW Kristyn Super, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yolanda Maria Melendez, who, upon an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on August 6, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. You shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, rug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 6, 2014, immediately following sentencing, the defendant self reported a history of violence, to include "stabbing and shooting people". At the time of her initial appointment with the probation officer, the defendant reported suffering extensive abuse throughout her lifetime. As a result of this abuse, she experiences symptoms of depression and insomnia. Ms. Melendez went on to state that when she becomes frustrated, which occurs easily and frequently, she resorts to violence as a coping mechanism.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant will participate in a mental health treatment program.

Yolanda Maria Melendez
Docket No. 7:14-MJ-1082-2RJ
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-347-9038
Executed On: August 11, 2014

### ORDER OF COURT

Considered and ordered this __13__ day of __August__, 2014, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge