UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:14-MJ-1082-RJ

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Yolanda Maria Melendez** ) | |

On August 6, 2014, Yolanda Maria Melendez appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on November 12, 2014, the court finds as a fact that Yolanda Maria Melendez, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.   Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the United States Marshal Service, Wilmington, North Carolina, before noon on November 17, 2014, for service of said sentence.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of November, 2014.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge